*In the United States District Court*
*for the Northern District of Illinois*
*Eastern Division*

| | |
|---|---|
| Ramona Kekstadt,<br><br>plaintiff,<br><br>–v–<br><br>Guarantee Trust Life Insurance Company, an Illinois corporation,<br><br>defendant. | **09 C 05313**<br><br>Judge Blanche M. Manning<br><br>Magistrate Judge Geraldine Soat Brown<br><br>***Jury trial demanded*** |

## Stipulation for Voluntary Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff and defendant, by their respective counsel, hereby stipulate this case be dismissed on the following terms:

1. This case is voluntarily dismissed without prejudice with leave to reinstate on or before August 31, 2010.

2. If a motion to reinstate is not filed on or before August 31, 2010, this case shall be deemed dismissed with prejudice without further order of the Court.

3. Each party shall bear its own attorney's fees and costs, except as otherwise agreed between the parties.

| | |
|---|---|
| Ramona Kekstadt,<br>plaintiff, | Guarantee Trust Life Insurance Company,<br>an Illinois corporation,<br>defendant, |
| By:   s/David L. Lee<br>David L. Lee<br>ARDC #1604422<br>LAW OFFICES OF DAVID L. LEE<br>53 W. Jackson Blvd., Suite 505<br>Chicago, IL  60604-3437<br>312-347-4400<br>d-lee@davidleelaw.com | By:   s/Hallie D. Caldarone<br>Hallie D. Caldarone<br>ARDC #6293836<br>JACKSON LEWIS, LLP<br>150 N. Michigan Avenue, Suite 2500<br>Chicago, IL 60601<br>312-803-2526<br>caldaroh@jacksonlewis.com |